UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SAMUEL HULL**                                                     CIVIL ACTION

versus                                                              NO. 14-2382

**ORLEANS PARISH TRAFFIC COURT**                                    SECTION: "J" (3)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 13), and Petitioner's Objections (Rec. Doc. 16) to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's "Motion to Quash," Rec. Doc. 3, is **DENIED.**

**IT IS FURTHER ORDERED** that the petition for federal *habeas corpus* relief filed by **Samuel Hull** is **DISMISSED**.

New Orleans, Louisiana, this 5th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE